UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FRIENDS SERVICE COMMITTEE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-2774 (RDM) |
| UNITED STATES AIR FORCE, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement attached hereto as Exhibit A executed in connection with this matter.

Date: July 28, 2026                    Respectfully submitted,

*/s/ Tania Galloni*                              JEANINE FERRIS PIRRO
TANIA GALLONI*                              United States Attorney
Fla. Bar No. 619221
4500 Biscayne Blvd., Ste 201
Miami, FL 33137                              By: /s/*Kimberly A. Stratton*
Ph: 305-440-5434                                   KIMBERLY A. STRATTON
                                                   P.A. Bar #327725
tgalloni@earthjustice.org                          Assistant United States Attorney
* Appearing under LCvR 83.2(c)(1)                  601 D Street, NW
                                                   Washington, DC 20530
                                                   Ph: (202) 417-4216
*/s/ Kathleen Riley*                               Email: kimberly.stratton@usdoj.gov
KATHLEEN RILEY
DC Bar No. 1618580
1001 G St., Ste. 1000                        *Attorneys for the United States of America*
Washington, DC 20001
Ph: 202-745-5227
kriley@earthjustice.org

*Attorneys for Plaintiff American Friends*
*Service Committee*